FILED

UNITED STATES DISTRICT COURT JUN -7 PM 3: 50
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIDDLE...
ORLANDO...

| | |
|---|---|
| FUTURE WORLD ELECTRONICS, L.L.C., <br><br> Plaintiff, <br><br> LARRY ZOLLO AND INTELLIGENT DIRECT MARKETING, L.L.C., <br><br> Defendants. | CASE NO: 8:16cv1468-T-17JSS |

## COMPLAINT

Plaintiff, Future World Electronics, L.L.C. ("Future World"), through undersigned counsel, who respectfully represents to the Court the following:

### NATURE OF THE CASE

1. This is a civil action seeking actual damages of Future World and/or profits of the Defendants (or in the alternative, an award of statutory damages) and injunctive relief for copyright infringement.

### THE PARTIES

2. Plaintiff, Future World Electronics, L.L.C., is a Limited Liability Company organized under the laws of the State of Louisiana and having a principal place of business at 145 Robert E. Lee Blvd., Suite 210, New Orleans, Louisiana 70124.

3. Upon information and belief, Defendant, Larry Zollo ("Zollo"), is an individual domiciled at 748 Nina Drive, Tierra Verde, Florida 33715.

4.      Upon information and belief, Defendant, Intelligent Direct Marketing, L.L.C. ("IDM"), is a Limited Liability Company organized under the laws of the State of Florida and has a principal place of business at 5405 Cypress Center Drive, No. 220, Tampa, Florida 33609.

5.      Upon information and belief, Zollo is the owner and manager of IDM (hereinafter, Zollo and IDM, collectively, the "Defendants").

## JURISDICTION AND VENUE

6.      The Court has original subject matter jurisdiction over this matter under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because this case arises under the Copyright Act (17 U.S.C. § 101 *et seq.*).

7.      This Court has personal jurisdiction over the Defendants and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b), in that, on information and belief, Zollo resides, and IDM maintains its principal place of business, in the judicial district of this Court.

## BACKGROUND FACTS

8.      Future World creates or owns advertising materials for the automotive direct marketing industry. One of such advertising materials is the work titled *Variable Buyback Card Red – Template – Version 1* (the "Original Work," attached hereto as Exhibit A).

9.      Ownership of all rights to the Original Work has been duly assigned to Future World by the author, Dukky, L.L.C., via written assignment, including the right to sue for past infringement of the Original Work.

10.     The Original Work is the subject of an issued copyright registration. *See* Reg. No. VA 1-945-452, attached hereto as Exhibit B. The effective date of said registration is October 27, 2014.

11. Future World's advertising materials are customized (including without limitation, the Original Work) for automobile dealerships, and copies of said customized advertising materials are mailed to consumers near automobile dealerships.

12. Future World's success relates to its ability to obtain and license advertising materials which attract potential customers to automobile dealerships; and, the Original Work is a successful direct mail advertising piece of Future World.

13. On or around early 2014, Defendants conducted business with Future World's licensee. Through this course of business, Defendants obtained access to Future World's original direct mail advertising materials, including, without limitation, the Original Work.

14. After incurring debts with Future World's licensee, Defendants discontinued the business relationship and have refused to pay said outstanding debts.

15. On information and belief, Defendants subsequently began to unlawfully use Future World's original direct mail advertising materials.

16. Such unlawful use includes, without limitation, use of the Original Work.

17. Future World believes that, not only did Defendants intend to incur debt that they had no intent to pay, but also that Defendants' entire course of business with Future World was a "sham" to obtain access to Future World's highly competitive direct mail advertising materials, in an attempt to get a "leg up" on the competition and also so as to avoid losing business from customers who requested Future World's direct mail advertising materials.

18. Upon information and belief, between January 1, 2014 and January 1, 2015, Defendants produced, or caused to be produced, by Go 2 Print Now, Inc., numerous copies (perhaps numbering in the hundreds of thousands or millions) of a direct mail advertising piece that is substantially similar to the Original Work.

19. On information and belief, the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Future World.

20. On information and belief, the Defendants acted with willful intent to damage Future World via the willful, intentional, and deliberate use of Future World's intellectual property without the permission of, and without paying compensation to, Future World, thereby unjustly enriching themselves at Future World's expense.

## COUNT 1: COPYRIGHT INFRINGEMENT

21. Future World incorporates herein by this reference each and every allegation contained in each paragraph above.

22. As a result of Defendant's actions, Future World is entitled to an award of actual damages of Future World and/or any profits of the Defendants or, in the alternative, an award of statutory damages pursuant to 17 U.S.C. § 504(c), for Defendant's infringement of the Original Work. Future World is further entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

23. Pursuant to 17 U.S.C. §§ 502 and 503, Future World is entitled to injunctive relief prohibiting Defendants from further infringing Future World's copyright, and impounding and ordering the destruction of all copies of advertising materials made in violation of Future World's exclusive rights.

## PRAYER FOR RELIEF

WHEREFORE, Future World prays for judgment that:

A. Enjoins the Defendants from engaging in any further infringement of Future World's copyrights;

B.	Awarding Future World its actual damages and/or the Defendants' profits or, in the alternative, statutory damages arising out of infringement of the Original Work, and any other works of Future World infringed by Defendants, pursuant to 17 U.S.C. § 504;

C.	Finding that Defendants willfully infringed Future World's rights;

D.	Ordering the impoundment and destruction of all infringing copies of the Original Work;

E.	Awarding Future World its costs in this action, including Future World's reasonable attorneys' fees incurred herein, pursuant to 17 U.S.C. § 505;

F.	Ordering the Defendants to pay Future World prejudgment and post-judgment interest on all sums awarded; and

G.	Granting Future World such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/s/ Jeffrey S. Boyles
Jeffrey S. Boyles
Florida Bar No. 722308
**ALLEN, DYER, DOPPELT,
MILRATH & GILCHREST, P.A.**
225 South Orange Avenue, Suite 1401
Orlando, Florida 32801
jboyles@addmg.com
Telephone: (407) 841-2330
Facsimile: (407) 841-2342

*Attorney for Plaintiff*

Exhibit A











†All prices are based on Black Book clean trade-in value, less 30 cents mileage deductions, reconditioning, trim levels and accessories. Offers cannot be combined. See dealer for complete details. Certain restrictions apply. All offers valid until last day of sale listed on this mailer. Dealer and agency are not responsible for incorrect trade values. In the event of a misprinted trade offer your local participating dealer will be able to give you the correct value. With the purchase of any new vehicle in stock. Certain restrictions apply. See dealer for details. Copyright © 2014 Hearst Business Media Corp. ALL RIGHTS RESERVED. Black Book® is a registered trademark of Hearst Business Media Corp. Black Book is not a participating partner in or sponsor of this event or offer. Prices are based on Black Book® (clean) trade-in value and subject to adjustment for mileage and condition. All offers with approved credit. Offers cannot be combined with any other offer. Due to advertising deadlines inventory is subject to change and some units may already be sold. Any equity deficit in your current vehicle must be paid or refinanced with new vehicle. Bankruptcies must be discharged. See dealer for details.

(*) NO PURCHASE OR DONATION NECESSARY TO ENTER OR WIN. PURCHASE OR DONATION DOES NOT INCREASE CHANCES OF WINNING. Void where prohibited. Scratching off a matching combination qualifies you to play the $30,000 Instant Win Scratch Off Ticket contest. $30,000 Instant Win Scratch Off Ticket requires removing (6) of (30) scratch off surfaces to reveal winning symbols to claim cash prize (which could be used to purchase a pound of gold). Odds 1:593,775. See rules on card for details. If after you scratch off the $30,000 Instant Win Scratch Off Ticket and you are not a $30,000 winner, you will receive a $_____ as a consolation prize.

(**) NO PURCHASE OR DONATION NECESSARY TO ENTER OR WIN. PURCHASE OR DONATION DOES NOT INCREASE CHANCES OF WINNING. See dealer for details. Bring invitation to event location to compare your confirmation code to prize board to determine if you have won $5,000 cash or $100 cash. Winner/addressee must be 18 years or older, and must bring flyer to event location during the sale dates listed above. a) All taxes are the responsibility of the prize winner. b) Odds of winning $100 cash ($100 value) are 1:40,000. Odds of winning $5,000 cash ($5,000 value) are 1:40,000. The designated winner must show valid state I.D. and must be verified as the designated winner on file. c) This promotion is void where prohibited by law. d) Dealer not responsible for lost, late or misdirected prize piece. e) This contest is sponsored by the dealership listed on advertisement. f) Eligibility limited to U.S. residents. Employees and relatives of dealership are ineligible to participate in this promotion. See dealer for complete contest rules. Any unclaimed prize will not be awarded. Must be 18 years of age or older to win. Photos are for illustration purposes only. Not responsible for typographical errors.

(1) 2014 Dodge Charger (Stk #95799) Sale price $17,438. $3880 down payment plus tax, title, and $599.50 doc fee. $195 per month for 75 months at 2.40% APR. (2) 2014 Dodge Charger (Stk #95799) Sale price $17,438. $3880 down payment plus tax, title, and $599.50 doc fee. $195 per month for 75 months at 2.40% APR. (3) 2014 Dodge Charger (Stk #95799) Sale price $17,438. $3880 down payment plus tax, title, and $599.50 doc fee. $195 per month for 75 months at 2.40% APR.

**YOU COULD WIN $30,000 CASH OR A POUND OF GOLD!**

A POUND OF GOLD* | UP TO $5,000 CASH** | $30,000 CASH* | AUTHENTIC REPLICA 1 OUNCE GOLD BULLION*

SCRATCH-OFF ON OTHER SIDE. IF YOU MATCH 3 AMOUNTS, **YOU WIN!***

&lt;123456&gt;

REDEEMABLE DURING EVENT TIMES AT:
**ABC MOTORS**
123 Main Street • Anycity, Anystate USA

With $12,500 minimum purchase. With approved credit. With credit score of 750 or greater. Non negotiable. Void where prohibited. Gift card has no cash value. One gift card per pre-owned vehicle purchased. This is not a rebate. See dealer for details.

POP OUT AND BRING TO ABC MOTORS!
BRING IN FOR YOUR CHANCE TO WIN!*
&lt;123456&gt;
YOU COULD WIN $30,000 CASH*

ABC DEALER

**&lt;6-DAY EVENT!&gt;**
&lt; MONDAY • MAR. 17 • 9AM-9PM
TUESDAY • MAR. 18 • 9AM-9PM
WEDNESDAY • MAR. 19 • 9AM-9PM
THURSDAY • MAR. 20 • 9AM-9PM
FRIDAY • MAR. 21 • 9AM-9PM
SATURDAY • MAR. 22 • 9AM-9PM&gt;

**EVENT HEADQUARTERS**
**ABC MOTORS**
123 Main Street • Anycity, Anystate USA

**&lt;POSTMASTER-TIME SENSITIVE! IN HOME DATE: MONDAY 03/17/14&gt;**

*********ECRWSS**B-015***
SEQ 12344  TR 44  PK 13
John Doe
123 Any Street,
Morrow, GA 30260







# &lt;NISSAN ALTIMA&gt; BUYBACK Event

The event that delivers **120% Black Book Value†** for your **&lt;2014 NISSAN ALTIMA&gt;**

&lt;John,&gt; you have something we want, and we're willing to give you big money for it.

Our pre-owned inventory is almost depleted and we want your **&lt;2013 Nissan Altima&gt;**.

This model is in high demand and we're willing to give you up to **120% of the Black Book Value†** for your trade. This is unlike any buyback offer you've seen in the past, because there's more.

## Trade-up and Get More For Less!

**2014 Dodge CHARGER** — $195 PER MO⁽¹⁾
**2014 Dodge CHARGER** — $195 PER MO⁽²⁾
**2014 Dodge CHARGER** — $195 PER MO⁽³⁾

### POP OUT AND BRING TO ABC MOTORS!

&lt;NISSAN ALTIMA&gt; BUYBACK Event

- CARD HOLDER: &lt;John&gt; &lt;Doe&gt;
- ACCOUNT NUMBER: &lt; 1 2 3 4 5 6 7 8 &gt;
- VEHICLE YEAR: &lt; 2013 &gt;
- VEHICLE MAKE: &lt; NISSAN &gt;
- VEHICLE MODEL: &lt; ALTIMA &gt;
- BLACK BOOK VALUE: &lt; $16,600 &gt;
- ABC MOTORS BUY BACK OFFER†: &lt;$19,920&gt;

### BRING IN FOR YOUR CHANCE TO WIN!*

This could be your key to winning **$30,000***

POP OUT AND BRING IN!

### YOU COULD WIN $30,000 CASH OR A POUND OF GOLD!*

**SCRATCH, MATCH & WIN!**
**SCRATCH OFF HOLOGRAM ▶**

7,500
7,500
7,500
**LUCKY WINNER!**

YOU MAY BE THE LUCKY WINNER. YOU MUST MATCH 3 AMOUNTS TO WIN.*
IF VALUES DON'T MATCH, YOU LOSE.

IF YOU ARE A WINNER CALL: &lt;1-888-888-8888&gt;
ENTER YOUR CODE: &lt;123456&gt;

THEN PROCEED TO **ABC MOTORS** DURING THIS EVENT TO CLAIM YOUR PRIZE!
*If you are not a Lucky Winner, you are still welcome to take advantage of all the great deals this huge event offers.*

**ABC MOTORS**
123 MAIN STREET
ANYCITY, ANYSTATE

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-945-452**

**Effective Date of Registration:**
October 27, 2014

## Title
- **Title of Work:** Variable Buyback Card Red - Template - Version 1
- **Nature of Claim:** Commercial Print

## Completion/Publication
- **Year of Completion:** 2014
- **Date of 1st Publication:** May 05, 2014
- **Nation of 1st Publication:** United States

## Author
- **Author:** Dukky, LLC
- **Author Created:** 2-Dimensional artwork, Text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright Claimant
- **Copyright Claimant:** Future World Electronics, LLC
  6260 Vicksburg Street, New Orleans, LA, 70124
- **Transfer statement:** Written Assignment

## Limitation of copyright claim
- **Material excluded from this claim:** All photographs; all corporate logos; rnap; icons
- **Previously registered:** No
- **New material included in claim:** Text; compilation, selection, and arrangement of new and preexisting two-dimensional artwork; two-dimensional artwork

## Certification
- **Name:** Scott G. Burst

- **Correspondence:** Yes

Page 1 of 1

Exhibit B